IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MONICA CORTEZ**                                                                                                   **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 1:25-cv-317-TBM-RPM**

**VICI PROPERTIES** *et al.*                                                                          **DEFENDANTS**

## ORDER

This matter came before the Court on Beau Rivage Resorts, LLC's [4] Motion to Dismiss and Vici Properties, MGM Growth Properties, LLC, and MGM Resorts International, Inc.'s[1] [11] Motion to Dismiss. At the hearing conducted on June 29, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Beau Rivage Resorts, LLC's [4] Motion to Dismiss is GRANTED. Cortez's claims against Beau Rivage Resorts, LLC, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Vici Properties, MGM Growth Properties, LLC, and MGM Resorts International, Inc.'s [11] Motion to Dismiss is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Vici Properties. Cortez's claims against Vici Properties are DISMISSED WITHOUT PREJUDICE. The motion is DENIED as to MGM Growth Properties, LLC, and MGM

---

[1] Cortez's complaint lists "MGM Resorts International" and "MGM Resorts International Inc." as separate defendants. [1], p. 2. Defense counsel, jointly representing the MGM defendants, clarified the corporate structure and confirmed that both names refer to the same legal entity.

Resorts International, Inc. Cortez has until July 29, 2026, to serve MGM Growth Properties, LLC, and

MGM Resorts International, Inc.

This, the 29th day of June, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE